UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | DOCKET NO. 3:10MJ168 |
| | ) | |
| v. | ) | |
| | ) | ORDER SEALING COMPLAINT, |
| AWNI SHUAIB ZAYYAD | ) | AFFIDAVIT AND ARREST WARRANT |

THIS MATTER came before the Court upon a motion of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order directing that the Clerk of Court seal the Complaint, Complaint Affidavit, Arrest Warrant, Motion to Seal and any Order issued pursuant to the Motion to Seal for the purpose of protecting the integrity and secrecy of an ongoing criminal investigation, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that the Clerk of Court shall seal the Complaint, Complaint Affidavit, Arrest Warrant, Motion to Seal and this Order until further Order of this Court, except for a copy of the Arrest Warrant to be provided to the United States Marshal's Service.

This ___ day of October, 2010.

DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE

1