UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | DOCKET NO. 3:10MJ168 |
| | ) | |
| v. | ) | |
| | ) | ORDER UNSEALING COMPLAINT, |
| AWNI SHUAIB ZAYYAD | ) | AFFIDAVIT AND ARREST WARRANT |

THIS MATTER came before the Court upon a motion of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order directing that the Clerk of Court unseal the Complaint, Complaint Affidavit and Arrest Warrant, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that the Clerk of Court shall unseal the Complaint, Complaint Affidavit and Arrest Warrant in this case.

This 16th day of December, 2010.

_____
UNITED STATES MAGISTRATE JUDGE